Progress Residential

# NEW RESIDENT AMENDMENT

Progress Residential Borrower 3, LLC (2025-1 ABS) ("Landlord") and Ronnae Ricketts, Monique Jarmon, Sabrina Fletcher, ______________________, ______________________ (each a "Resident") are parties to a Residential Lease dated 9/10/2025 (with all (i) addenda, (ii) exhibits, and (iii) referenced rules, covenants or regulations, attached thereto, the "Lease") for the residential property, personal property and improvements located at the street address of: 530 Wyntuck Dr McDonough, GA 30253 ("Premises"). All capitalized terms in this Amendment shall have the meaning given in the Lease.

Resident and Cameshia Fletcher Azah Cannon ("New Resident") desire for New Resident to reside on the Premises with the Resident. New Resident has completed the rental application and screening process and has been approved.

Landlord, Resident and New Resident hereby acknowledge and agree as follows:

1. Binding Terms. New Resident has received and reviewed a copy of the Lease and agrees to be bound by its terms just as if s/he signed the Lease at the Start Date, including any existing damages and past due monies owed.

2. Rent Payments. Landlord does not accept multiple or partial Rent payments. All Rent payments must be made in full as set forth in the Lease.

3. Joint and Several Liability. Each Resident and New Resident will be individually and completely (i.e., jointly and severally) responsible and liable for the full and complete performance of all obligations of a Resident under the Lease, jointly with every other Resident and New Resident, and individually, whether or not in possession. Landlord will have the right to pursue any claim of any nature whatsoever for breach of this Lease against any and all of the parties who have signed this Lease, without the necessity of pursuing all of the parties in one action or at the same time.

4. No Release of Resident. Resident's responsibilities under the Lease are not released or amended in any way by the addition of the New Resident.

5. Move-In Date and Condition of Premises. New Resident may move in to the Premises as of the date the Landlord signs this Amendment. New Resident accepts the Premises in the condition existing at the Lease Start Date.

6. Security Deposit. As a condition precedent to the effectiveness of this Amendment, Resident and New Resident are required to pay an additional Security Deposit of $0.00. Unless otherwise directed by Resident and New Resident in writing, any refunds of the Security Deposit as increased by this Amendment will be returned to the Resident and New Resident as co-payees.

7. Incorporation into Lease. This Amendment is attached to the Lease and incorporated therein as a permanent addition to the Lease. New Resident's name and signature on this Amendment will be deemed inserted into the Lease.

8. No Other Changes. Other than as amended herein with the addition of the New Resident, all terms and conditions of the Lease shall remain in full force and effect.

**NEW RESIDENT AGREES TO RENT THE PREMISES FROM LANDLORD ON THE ABOVE TERMS.**

New Resident's Signature: Signed by: Cameshia Fletcher E8C590485E91400... Signed by: Azah Cannon B39544B101B34C7...
Resident's Printed Name: Cameshia Fletcher Azah Cannon

Resident's Signature: Signed by: Ronnae Ricketts 561D991E19F742A...
Resident's Printed Name: Ronnae Ricketts

Resident's Signature: Signed by: Monique Jarmon FF716330667C410... DocuSigned by: Sabrina Fletcher 296A47918DD4475...
Resident's Printed Name: Monique Jarmon Sabrina Fletcher

Resident's Signature: ______________________
Resident's Printed Name: ______________________

Progress Residential

**Date:** 12/15/2025 | 5:31:48 AM PST

Progress Residential Borrower 3, LLC (2025-1 ABS)

Guarantor Signature: ______________________
Guarantor Name: ____________________________
Date: ____________

**By:** Joseph A. Bieret
**Name:** Joseph Bieret
**Title:** Authorized Signature

Guarantor Signature: ______________________
Guarantor Name: ____________________________
Date: ____________