Progress Residential

# RESIDENT RELEASE AMENDMENT

Progress Residential Borrower 3, LLC (2025-1 ABS) ("Landlord") and the undersigned residents (each a "Resident") are parties to a Residential Lease dated 9/10/2025 (with all (i) addenda, (ii) exhibits, and (iii) referenced rules, covenants or regulations, attached thereto, the "Lease") for the residential property, personal property and improvements located at the street address of: 530 Wyntuck Dr McDonough, GA 30253 ("Premises"). All capitalized terms in this Amendment shall have the meaning given in the Lease.

Monique Jarmon Sabrina Fletcher (the "Departing Resident") desires to move-out of the Premises and be released from liability under the Lease, and the remaining Resident(s) ("Remaining Resident") consent to Departing Resident's request.

Landlord, Remaining Resident and Departing Resident hereby acknowledge and agree as follows:

1. Effective Date. This Amendment shall be effective as of the date that the Departing Resident moves out of the Premises or thirty days after the date of the last Resident's signature on this agreement, whichever is later (the "Effective Date").

2. Termination of Obligations. Departing Resident will remain obligated for any Rent, damages or other amounts due under the Lease arising prior to the Effective Date. Departing Resident all continue to perform all obligations of a Resident under the Lease until the Departing Resident completely vacates the Premises, and such obligations shall be joint and several with every other Resident. Landlord will have the right to pursue any claim of any nature whatsoever for breach of this Lease against any and all of the parties who have signed this Lease, without the necessity of pursuing all of the parties in one action or at the same time.

3. No Release of Remaining Resident. Remaining Resident's responsibilities under the Lease are not released or amended in any way and Remaining Resident shall continue to be liable for all obligations under the Lease.

4. Move-Out Date. Departing Resident and Remaining Resident shall notify Property Manager in writing of the Departing Resident's move-out date. Landlord or Property Manager may request to inspect the Premises to verify the move-out date.

5. Security Deposit. The Departing Resident waives any claim to the Security Deposit.

6. Incorporation into Lease. This Amendment is attached to the Lease and incorporated therein as a permanent addition to the Lease.

7. Release of Landlord and Property Manager. Departing Resident and Remaining Resident hereby release any claims, known or unknown, which they may have against Landlord or Property Manager as of the Effective Date.

8. No Other Changes. Other than as amended herein with the addition of the New Resident, all terms and conditions of the Lease shall remain in full force and effect.

Departing Resident's Signature: Signed by: Monique Jarmon FFF16330667C410... DocuSigned by: Sabrina Fletcher 209A4791BDD4475...
Resident's Printed Name: Monique Jarmon Sabrina Fletcher

Resident's Signature: Signed by: Ronnae Ricketts 501D991E19F742A...
Resident's Printed Name Ronnae Ricketts

Resident's Signature: Signed by: Cameshia Fletcher E8C590485F91400...
Resident's Printed Name: Cameshia Fletcher

Resident's Signature: Signed by: Azah Cannon
Resident's Printed Name: Azah Cannon

**Date:** 12/26/2025 | 12:10:20 AM PST

Progress Residential

Progress Residential Borrower 3, LLC (2025-1 ABS)

**By:** ____________

**Name:** Joseph Bieret

**Title:** Authorized Signer

Guarantor Signature: ______________________
Guarantor Name: ______________________ Date Signed: ____________

Guarantor Signature: ______________________
Guarantor Name: ______________________ Date Signed: ____________