**CERTIFICATE OF SERVICE**

This is to certify that, in accordance with Administrative Order No. 2026-02 (Bankr. N.D. Ga.), I have this date caused a copy of ***[DOC 51] – ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY*** in ***IN RE AZAH MOET CANNON, 23-62464-JWC*** to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Azah Moet Cannon, Debtor
530 Wyntuck Dr
McDonough, GA 30253

Ronnae Ricketts, Codebtor
530 Wyntuck Dr
McDonough, GA 30253

Cameshia Fletcher, Codebtor
530 Wyntuck Dr
McDonough, GA 30253

Dated: Tuesday, October 20, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT