**IT IS ORDERED as set forth below:**

**Date: November 16, 2026**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **AZAH MOET CANNON** | : | **CASE NUMBER A23-62464-JWC** |
| **DEBTOR** | : | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO REMIT 2025 TAX REFUND**

On October 20, 2026 at 11:00 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the failure of the Debtor to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor, through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED,** that the plan base shall increase by $4714.00. **IT IS FURTHER**

**ORDERED**, that the Debtor shall remit their Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending. If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order.

Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon

years to the Trustee by May 15th of each calendar year. If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal. The Debtor may also submit notice to the Trustee that they are not required to file Federal Income Tax Returns or notice to the Trustee if the anticipated refund has not been received by the Debtor by the May 15th due date. Prior to recommending dismissal, the Trustee shall contact the Debtor's attorney via email to alert them of the default at least ten (10) business days prior to recommending dismissal by supplemental report. Furthermore, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return.

The Clerk of the Court is directed to serve this Order on the parties included on the attached Distribution List.

**END OF DOCUMENT**

Presented by:

____/s/____________________
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303
678.992.1201
janania@njwtrustee.com

Consented by:

____/s/______________________
Christopher R. Morgan,
Attorney for the Debtor
GA Bar No. 522102
Morgan & Morgan, P.C.
1090-C Founders Boulevard
Athens, GA 30606
*Signed by Julie M. Anania*
*with express permission*

**DISTRIBUTION LIST**

**CASE NO.: A23-62464-JWC**

Azah Moet Cannon
530 Wyntuck Drive
McDonough, GA 30253

Morgan & Morgan, P.C.
1090-C Founders Boulevard
Athens, GA 30606

Nancy J. Whaley
303 Peachtree Center Ave., N.E.
Suite 120
Atlanta, GA 30303